UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X     **AFFIDAVIT OF SERVICE**

WATERFRONT COMMISSION OF NEW                     Civil Action No. 2:18-cv-00650 (SDW)(LDW)
YORK HARBOR,

                Plaintiff,

     -against-

PHILIP MURPHY, in his official capacity as
Governor of New Jersey,

                Defendant.

-----------------------------------------------------------------------X

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF QUEENS   )

        Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age and is a resident of the State of New York.

        On January 19 2017, at approximately 9:09 a.m., at 25 Market Street, Trenton, NJ 08611 Deponent served the within Order To Show Cause; Plaintiff's Memorandum Of Law In Support Of Its Motion For An Order To Show Cause And A Preliminary Injunction; Declaration of Michael A. Cardozo in Support of Plaintiff's Motion For an order to show cause and a Preliminary injunction with Exhibits ; Declaration of Walter Arsenault  in Support of Plaintiff's Motion For an order to show cause and a Preliminary injunction with Exhibits upon: **Philip Murphy, Governor of New Jersey** , by personally delivering to and leaving with Linda Munter, Senior Management Assistant, a true and correct copy of said documents.

        At the time of service, Linda Munter stated that she is duly authorized to accept service of process on behalf of Philip Murphy, Governor of New Jersey.

        Linda Munter is described as a White female, approximately 50- 60 years of age, 160- 170 lbs., 5' 5"- 5' – 6" tall, with Blond hair.

Sworn to before me this
19th day of January, 2017

_____
       Notary Public

                                       _____
                                         Andrew Bartley

        *Karlene S. Jackson, Notary Public*
        *State of New York, #01JA5083169*
        *Qualified in Queens County*
        *Commission Expires November 2021*