GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market St.
P.O. Box 112
Trenton, NJ 08265-0112
    Attorney for Defendant

By: Aaron A. Love
    Deputy Attorney General
    (609) 984-2845
    aaron.love@law.njoag.gov

| | |
|---|---|
| WATERFRONT COMMISSION OF NEW YORK HARBOR,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIP MURPHY, in his official capacity as Governor of New Jersey,<br><br>    Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>2:18-c-v00650(SDW)(LDW)<br><br>**CERTIFICATION OF MICHAEL MURPHY** |

I, Michael Murphy, hereby certify as follows:

    1.    I am a Commissioner of the Waterfront Commission of the New York Harbor ("Commission") appointed by the Governor of the State of New Jersey pursuant to Article III, paragraph 2, of the Waterfront Commission Compact, N.J. Stat. Ann. § 32:23-8.

    2.    I have served as New Jersey's appointee to the Commission since 2014.

    3.    I became aware that the Commission filed a lawsuit under the above caption on January 16, 2018, to enjoin a newly-enacted statute by the State of New Jersey.

4. I first became aware of the lawsuit on the afternoon of January 16, 2018, the date it was filed.

5. I was not asked to approve, nor have I approved or authorized the Commission to file the above lawsuit. I communicated this to the Commission's General Counsel and Executive Director on January 16th.

6. I became aware on January 17th that the Commission filed a motion for preliminary injunctive relief against New Jersey Governor Murphy.

7. I was not asked to approve, nor have I approved or authorized the Commission to file the motion.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Michael Murphy

Dated: 1-22-18