PROSKAUER ROSE LLP
Lawrence R. Sandak
One Newark Center
Newark, NJ 07102
973-274-3200
lsandak@proskauer.com

*Attorneys for Plaintiff*
*Waterfront Commission of*
*New York Harbor*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WATERFRONT COMMISSION OF NEW YORK HARBOR,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PHILIP MURPHY, in his official capacity as Governor of New Jersey,<br><br>　　　　　　Defendant,<br><br>　　　　and<br><br>STEPHEN M. SWEENEY in his official capacity as President of the New Jersey Senate; CRAIG J. COUGHLIN, in his official capacity as Speaker of the New Jersey General Assembly; the NEW JERSEY SENATE; and the NEW JERSEY GENERAL ASSEMBLY,<br><br>　　　　　　Intervenor Defendants. | Civil Action No. 2:18-cv-00650 (SDW)(LDW) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Michael A. Cardozo dated October 12, 2018, and the exhibits thereto; the Statement of Undisputed Material Facts submitted pursuant to Rule 56.1 of the Local Rules of the United States District Court for the

District of New Jersey; and the accompanying Memorandum of Law dated October 12, 2018, Plaintiff Waterfront Commission of New York Harbor hereby moves this Court, before the Honorable Susan D. Wigenton, United States District Judge, in the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, at a date and time to be set by the Court, for an Order:  (i) granting summary judgment in favor of Plaintiff pursuant to Federal Rule of Civil Procedure 56; and (ii) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

Dated:  October 12, 2018

/s/ *Lawrence R. Sandak*
Lawrence R. Sandak
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Telephone: (973) 274-3256
Fax: (973) 274-3299
lsandak@proskauer.com

Michael A. Cardozo*
Jordan B. Leader*
Eleven Times Square
New York, NY 10036-8299
212-969-3000
mcardozo@proskauer.com
jleader@proskauer.com

John E. Roberts*
One International Place
Boston, MA 02110
617-526-9600
jroberts@proskauer.com

* Admitted *pro hac vice*

*Attorneys for Plaintiff Waterfront Commission of New York Harbor*